Kendall L. Manock          #025932
Gary N. Lento              #225118
BAKER, MANOCK & JENSEN
A Professional Corporation
Fig Garden Financial Center
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
(559) 432-5400
(559) 432-5620 Facsimile

Raymond D. Jamieson
QUARLES & BRADY
411 E. Wisconsin Ave., Suite 2040
Milwaukee, Wisconsin 53202-4497
(414) 227-5000
(414) 271-3552 Facsimile

Attorneys for Defendants METSO MINERALS INDUSTRIES, INC., METSO MINERALS (USA), INC. and METSO MINERALS TAMPERE OY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSAUNDRA LEE SALYARDS, by and through her Guardian ad Litem, JENNIFER LEE SALYARDS; and JENNIFER LEE SALYARDS, Individually,<br><br>            Plaintiffs,<br><br>    v.<br><br>METSO MINERALS TAMPERE OY; METSO MINERALS INDUSTRIES, INC.; METSO MINERALS (USA), INC.; and DOE 1 through DOE 10, Inclusive,<br><br>            Defendants. | Case No. CIV F-04-5798 OWW LJO<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO SUBSTITUTE AN EXPERT WITNESS AND CONTINUING DATES TO DEPOSE EXPERT WITNESSES** |

WHEREAS, the Complaint in this matter was filed on June 4, 2004;

WHEREAS, the Scheduling Conference Order has ordered the parties to complete all discovery "on or before July 29, 2005;"

WHEREAS, the Plaintiff properly designated and disclosed Rick Sarkisian, Ph.D., and John B. Sevart, P.E., as retained expert witnesses in this matter;

///

---

**STIPULATION AND ORDER ALLOWING PLAINTIFF TO SUBSTITUTE AN EXPERT WITNESS AND CONTINUING DATES TO DEPOSE EXPERT WITNESSES**

1      WHEREAS, the depositions of Rick Sarkisian, Ph.D., and John B. Sevart, P.E., were originally noticed for July 21, 2005 and July 28, 2005, respectively;

2      WHEREAS, the deposition of Rick Sarkisian, Ph.D., was canceled due to a scheduling conflict;

3      WHEREAS, pursuant to the agreement of the parties hereto, the deposition of Rick Sarkisian, Ph.D., has been re-noticed to be taken on August 4, 2005 at 1:30 p.m., at the law offices of Miles, Sears & Eanni, located at 2844 Fresno Street, Fresno, California, 93721;

4      WHEREAS, the deposition of John B. Sevart, Ph.D., has been canceled due to the fact that Mr. Sevart suffers from an advanced Parkinson's Syndrome, and his condition has worsened to the point that he is unable to give expert testimony in this case;

5      WHEREAS, Plaintiffs will, and hereby do, withdraw John B. Sevart, Ph.D. as a retained expert witness;

6      WHEREAS, Plaintiffs will, and hereby do, designate and disclose Thomas Berry, P.E., as a retained expert;

7      WHEREAS, Plaintiffs will, and hereby do, substitute Thomas Berry, P.E., as a retained expert witness in the place of John B. Sevart, Ph.D.;

8      WHEREAS, Plaintiffs have served Defendants with a copy of Thomas Berry, P.E.'s Curriculum Vitae, Fee Schedule, and four year testimony list in correspondence dated July 21, 2005;

9      WHEREAS, Plaintiffs agree that Thomas Berry, P.E., shall not be allowed to prepare an expert report and shall adopt the expert report dated March 25, 2005 which was prepared by John B. Sevart, Ph.D., and which has already been served on the Defendants;

10     WHEREAS, pursuant to the agreement of the parties hereto, the deposition of Thomas Berry, Ph.D., has been noticed to take place at 10:00 a.m., on Thursday, August 4, 2005, at the law offices of Quarles & Brady, located at 411 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202-4497;

11     WHEREAS, there have been no prior requests to continue discovery;

///

**IN CONSIDERATION OF THE ABOVE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that:

1. The Plaintiffs may, and hereby do, withdraw John B. Sevart, P.E., as a retained expert in this matter;

2. The Plaintiffs may, and hereby do, designate and disclose Thomas Berry, P.E., as a retained expert in this matter;

3. Plaintiff's designation and disclosure of Thomas Berry, P.E. as a retained expert, is done for the purpose of substituting Thomas Berry, P.E., as a retained expert witness in place of John B. Sevart, Ph.D.;

4. Thomas Berry, P.E. shall not be allowed to prepare an expert report;

5. Thomas Berry, P.E. shall adopt the expert report already prepared by John B. Sevart, Ph.D., and dated March 25, 2005;

6. The deposition of Thomas Berry, P.E., shall be allowed beyond the discovery deadline of July 29, 2005;

7. The parties have mutually agreed that the deposition of Thomas Berry P.E. will be taken at 10:00 a.m., on August 4, 2005, at the law offices of Quarles & Brady, located at 411 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202-4497;

8. The deposition of Plaintiff's expert, Rick Sarkisian, Ph.D., shall be allowed beyond the discovery deadline of July 29, 2005;

9. The parties have mutually agreed that the deposition of Rick Sarkisian, Ph.D. will be taken on August 4, 2005 at 1:30 p.m., at the law offices of Miles, Sears & Eanni, located at 2844 Fresno Street, Fresno, California, 93721.

///
///
///
///
///
///

**BY SIGNING BELOW, EACH SIGNATORY STIPULATES TO THE ABOVE**

DATED: July ___, 2005.                **MILES, SEARS & EANNI**


By_____
**Richard C. Watters**
**William J. Seiler**
Attorneys for Plaintiffs KASSAUNDRA LEE SALYARDS, by and through her Guardian ad Litem, JENNIFER LEE SALYARDS; and JENNIFER LEE SALYARDS, Individually.


DATED: July ___, 2005.                **BAKER, MANOCK & JENSEN**


By_____
**Kendall L. Manock**
**Gary N. Lento**
Attorneys for Defendants METSO MINERALS INDUSTRIES, INC., METSO MINERALS (USA), INC. and METSO MINERALS TAMPERE OY


DATED: July ___, 2005.                **LAUGHLIN, FALBO, LEVY & MORESI**


By_____
**Timothy J. McCaughey**
Attorneys for Intervenor ZURICH-AMERICAN INSURANCE COMPANY

///

///

///

///

///

///

///

4

**STIPULATION AND ORDER ALLOWING PLAINTIFF TO SUBSTITUTE AN EXPERT WITNESS AND CONTINUING DATES TO DEPOSE EXPERT WITNESSES**

# ORDER

Having considered the Stipulation set forth above, and good cause appearing therefor, the Court hereby orders that:

1. John B. Sevart, P.E. is withdrawn as a retained expert in this matter;

2. Thomas Berry, P.E. is designated and disclosed by the Plaintiffs as a retained expert witness in this matter;

3. Thomas Berry, P.E. is substituted as a retained expert witness in the place of John B. Sevart, Ph.D.;

4. Thomas Berry, P.E. shall not be allowed to prepare an expert report;

5. Thomas Berry, P.E. shall adopt the expert report already prepared by John B. Sevart, Ph.D., and dated March 25, 2005;

6. The deposition of Thomas Berry, P.E. shall be allowed beyond the discovery deadline of July 29, 2005;

7. The deposition of Thomas Berry, P.E., shall take place no later than 10:00 a.m., on Thursday, August 4, 2005, at the law offices of Quarles & Brady, located at 411 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202-4497;

8. The deposition of Rick Sarkisian, Ph.D., shall be allowed beyond the discovery deadline of July 29, 2005;

9. The deposition of Rick Sarkisian, Ph.D., shall take place no later than 1:30 p.m., on Thursday, August 4, 2005, at the law offices of Miles, Sears & Eanni, located at 2844 Fresno Street, Fresno, California, 93721.

**IT IS SO ORDERED.**

DATED: ____August 2_____, 2005.

/s/ OLIVER W. WANGER

**Hon. Oliver W. Wanger**
United States District Judge

G:\docs\GLucas\Orders To Be Signed\04cv5798.stip.wpd
14725.0001

5

**STIPULATION AND ORDER ALLOWING PLAINTIFF TO SUBSTITUTE AN EXPERT WITNESS AND CONTINUING DATES TO DEPOSE EXPERT WITNESSES**