Kenneth C. Ward (SBN 63131)
Archer Norris 2033 N. Main St., Ste.800
Walnut Creek, CA 94596
Raymond D. Jamieson
Quarles & Brady, 411 E. Wisconsin Ave.#2040
Milwaukee, Wisconsin 53202

FILED

2005 NOV -9 A 8:14

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY_____ wk
DEPUTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KASSAUNDRA LEE SALYARDS, by and through her Guardian ad Litem, JENNIFER LEE SALYARDS, and JENNIFER LEE SALYARDS, Individually,

Plaintiff(s)

v.

METSO MINERALS TAMPERE OY; METSO MINERALS INDUSTRIES, INC.; METSO MINERALS (USA), INC.; and DOE 1 through DOE 10, Inclusive,

Defendant(s)

CASE NUMBER:

CIV F-04 5798 OWW LJO

**SUBSTITUTION OF ATTORNEY**

Metso Minerals Tampere OY     [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes  Kenneth C. Ward of Archer Norris _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   2033 N. Main St. Ste. 800 P.O. Box 8035
*Street Address*

Walnut Creek, CA 94596     (925) 930-6600   (925) 930-6620    63131
*City, State, Zip Code*           *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of  Gary N. Lento of Baker, Manock & Jensen
*Present Attorney*

Dated: Tampere, on October 10, 2005  _____
Ilari Gashalm   Heikki Jarvinen
Authorized Signatories
*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 10/14/05    _____(GARY LENTO)_____
*Signature of Present Attorney*  MANOCK
(Kendall Manock)

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: October 5, 2005     _____
*Signature of New Attorney*

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.
Dated: 11-8-05       _____
United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.caed.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                              G01