```
Kenneth C. Ward (SBN 63131)
Archer Norris 2033 N. Main St., Ste.800
Walnut Creek, CA 94596
Raymond D. Jamieson
Quarles & Brady, 411 E. Wisconsin Ave.#2040
Milwaukee, Wisconsin 53202
```

FILED

2005 NOV 14 P 3:43

US DIST COURT
E DIST OF CALIF

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

KASSAUNDRA LEE SALYARDS, by and through her Guardian ad Litem, JENNIFER LEE SALYARDS, and JENNIFER LEE SALYARDS, Individually,

Plaintiff(s)

v.

METSO MINERALS TAMPERE OY; METSO MINERALS INDUSTRIES, INC.; METSO MINERALS (USA), INC.; and DOE 1 through DOE 10, Inclusive,

Defendant(s)

CASE NUMBER: CIV F-04 5798 OWW LJO

**SUBSTITUTION OF ATTORNEY**

Metso Minerals Ind., Inc.; Metso Minerals (USA), Inc.    [ ] Plaintiff [X] Defendant [ ] Other _____
*Name of Party*

hereby substitutes **Kenneth C. Ward of Archer Norris** _____ who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per **2033 N. Main St. Ste. 800 P.O. Box 8035**
*Street Address*

**Walnut Creek, CA 94596**    **(925) 930-6600**   **(925) 930-6620**    **63131**
*City, State, Zip Code*        *Telephone Number*   *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of **Gary N. Lento of Baker, Manock & Jensen**
*Present Attorney*

Dated: **October 6, 2005**        _____ V.P.
                                   *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: **OCTOBER 10, 2005**    10/10/05    _____
                                            *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: **October 5, 2005**        _____
                                   *Signature of New Attorney*

Substitution of Attorney is hereby [X] Approved. [ ] Denied.

Dated: **11-9-05**                 _____
                                   United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                  G01