RICHARD C. WATTERS, ESQ. - 060162
**LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
P.O. BOX 1432
FRESNO, CALIFORNIA 93716
TELEPHONE (559) 486-5200**

DENNIS R. THELEN, ESQ. - 83999
LORNA H. BRUMFIELD, ESQ. - 109263
**LeBEAU ▪ THELEN, LLP
5001 E. COMMERCENTER DRIVE, SUITE 300
BAKERSFIELD, CALIFORNIA 93309
TELEPHONE: (661) 325-8962**

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for **Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| KASSAUNDRA LEE SALYARDS, by and through her Guardian ad Litem, JENNIFER LEE SALYARDS; and JENNIFER LEE SALYARDS, Individually<br><br>            Plaintiffs,<br><br>vs.<br><br>METSO MINERALS TAMPERE OY; METSO MINERALS INDUSTRIES, INC.; METSO MINERALS (USA), INC; and DOE 1 through DOE 10, Inclusive<br><br>            Defendants. | No. CIV-F-04-5798 OWW LJO<br><br>**ORDER RE: PETITION FOR COURT'S APPROVAL OF MINOR'S SETTLEMENT** |

    Upon review of the Petition for Court's Approval of Minor's Settlement, it is hereby ordered as follows:

    That the Petition of Guardian of said minor be empowered and directed to apportion the settlement monies as follows:

    1.   To the Law Firm of MILES, SEARS & EANNI, A Professional Corporation the sum of $150,000.00 representing 25% attorneys' fees;

*04cv5798.minor's comp.wpd*

1     2.   To Ringler Associates the sum of $450,000.00 for payment
2          of the annuity as outlined in the attached **_Exhibit "A"_**.
3     Petitioner, JENNIFER L. SALYARDS, is empowered and directed to
4 execute all releases and settlement documents and dismissals in
5 conformity with this Order.
6     IT IS SO ORDERED.
7 **Dated:   January 4, 2006**                    **/s/ Lawrence J. O'Neill**
  66h44d                                          UNITED STATES MAGISTRATE JUDGE

- 2 -

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*04cv5798.minor's comp.wpd*