1  RICHARD C. WATTERS, ESQ. - 060162          (SPACE BELOW FOR FILING STAMP ONLY)
   LAW OFFICES OF
2  MILES, SEARS & EANNI
   A PROFESSIONAL CORPORATION
3  2844 FRESNO STREET
   P.O. BOX 1432
   FRESNO, CALIFORNIA 93716
4  TELEPHONE (559) 486-5200

   DENNIS R. THELEN, ESQ. - 83999
5  LORNA H. BRUMFIELD, ESQ. - 109263
   LeBEAU ▪ THELEN, LLP
6  5001 E. COMMERCENTER DRIVE, SUITE 300
   BAKERSFIELD, CALIFORNIA 93309
7  TELEPHONE: (661) 325-8962

8  Attorneys for **Plaintiffs**

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                            ***

13 KASSAUNDRA LEE SALYARDS, by  ) No. CIV-F-04-5798 OWW LJO
   and through her Guardian ad )
14 Litem, JENNIFER LEE SALYARDS;)
   and JENNIFER LEE SALYARDS,   )
15 Individually                 )
                                )
16           Plaintiffs,        ) **STIPULATION FOR DISMISSAL**
                                ) **AND PROPOSED ORDER**
17 vs.                          )
                                )
18 METSO MINERALS TAMPERE OY;   )
   METSO MINERALS INDUSTRIES,   )
19 INC.; METSO MINERALS (USA),  )
   INC; and DOE 1 through DOE   )
20 10, Inclusive                )
                                )
21           Defendants.        )
                                )
22

23     IT IS HEREBY STIPULATED by and between the parties hereto that
24 this matter may be dismissed, with prejudice in its entirety
25 pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.
26     It is the intention of the parties to submit this stipulation
27 to the United States District Court, Eastern District, asking for
28 an order of dismissal with prejudice.

*04cv5798.dismissal.wpd*

```
 1      DATED:  February 14, 2006

 2                                      MILES, SEARS & EANNI

 3

 4                                      By: /s/Richard C. Watters
                                             RICHARD C. WATTERS
 5                                           Attorneys for Plaintiffs

 6      DATED:  February 13, 2006

 7                                      ARCHER NORRIS

 8
                                            /s/Kenneth C. Ward
 9                                      By: As Authorized on 2/13/06
                                             KENNETH C. WARD
10                                           Attorneys for Defendants

11      DATED: February 13, 2006

12                                      LAUGHLIN, FALBO, LEVY & MORESI, LLP

13
                                            /s/David W. Hughes
14                                      By: As Authorized on 2/13/06
                                             DAVID W. HUGHES
15                                           Attorneys for Intervenor

16

17                              **ORDER**

18      IT IS HEREBY ORDERED that the herein matter is dismissed with

19  prejudice, in its entirety.

20      DATED: _Feb. 22, 2006_

21                                      /s/ OLIVER W. WANGER

22                                      _____
                                        HONORABLE OLIVER W. WANGER
23                                      UNITED STATES DISTRICT COURT,
                                        EASTERN DISTRICT
24

25

26

27

28
```

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*04cv5798.dismissal.wpd*